**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Mark T. Cox, and Riddick S. Richardson, on behalf of themselves and all others similarly situated, | ) ) ) ) | Civil Action No.: 3:12-cv-03333-JFA |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT,** |
| Time Warner Cable, Inc., | ) ) | **TIME WARNER CABLE, INC.** |
| Defendant. | ) ) | |

Defendant, Time Warner Cable, Inc., ("Time Warner Cable") hereby makes the following disclosure statements as required by Federal Rule of Civil Procedure 7.1:

**Who Must File: Nongovernmental Corporate Party**. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**Response**: Time Warner Cable, Inc. has no parent corporation and no publicly traded corporation owns ten percent or more of Time Warner Cable, Inc.'s stock.

Respectfully submitted,

ROBINSON, MCFADDEN & MOORE, P.C.

Of Counsel:
Jonathan D. Thier, Esquire
Philip V. Tisne, Esquire                s/Frank R. Ellerbe, III
Cahill Gordon & Reindel LLP             Frank R. Ellerbe, III [699]
80 Pine Street                          Bonnie D. Shealy [6744]
New York, NY  10005                     Post Office Box 944
Telephone:  (212) 701-3000              Columbia, SC  29202
Fax:  (212) 269-5420                    Telephone:  (803) 779-8900
jthier@cahill.com                       Fax:  (803) 252-0724
ptisne@cahill.com                       fellerbe@robinsonlaw.com
                                        bshealy@robinsonlaw.com

January 23, 2013                        Attorneys for Defendant Time Warner Cable, Inc.
Columbia, South Carolina