

**ROBINSON MCFADDEN**
ATTORNEYS AND COUNSELORS AT LAW

ROBINSON, MCFADDEN & MOORE, P.C.
COLUMBIA, SOUTH CAROLINA

Frank R. Ellerbe, III

1901 MAIN STREET, SUITE 1200
POST OFFICE BOX 944
COLUMBIA, SOUTH CAROLINA 29202

PH
(803) 779-8900 | (803) 227-1112 *direct*

FAX
(803) 744-1556

fellerbe@robinsonlaw.com

January 23, 2013

**VIA E-MAIL & US MAIL**

Francis M. Hinson, IV, Esquire
Janet, Jenner & Suggs, LLC
Post Office Box 8113
Columbia, SC  29202

      Re:    Mark T. Cox, et al v. Time Warner Cable Inc.
              Case No. 3:12-cv-03333-JFA

Brink:

      This letter confirms our agreement that plaintiffs grant Time Warner Cable Inc., an extension of twenty days to respond to the Amended Complaint in the above referenced case. Time Warner Cable's response would be due on February 18, 2013. Should you have any questions, please contact me.

                                Yours truly,

                                ROBINSON, MCFADDEN & MOORE, P.C.

                                Frank R. Ellerbe, III
                                (Fed. ID #699)

I consent:

_/s/ Francis M. Hinson, IV_     1-23-2013
Franics M. Hinson, IV
(Fed. ID #9997)

FRE/tch

MERITAS® LAW FIRMS WORLDWIDE