# EXHIBIT C

## Time Warner Cable Sample Bill with Notice

**TIME WARNER CABLE**
THE POWER OF YOU™

CABLE | HIGH-SPEED ONLINE | DIGITAL PHONE

CONTACT US    Customer Service   1-866-892-7201
              Visit us online at: www.YourTWC.com

| Service Period | Due Date | Amount Due |
|---|---|---|
| 05/04-06/03 | 05/16/10 | $80.18 |

E-pay is E-asy!

**PAY XPRESS**

Check your balance... View your statement...
Pay your bill...ONLINE! Register today
Visit www.YourTWC.com/PayXpress.

Service Address:                          Account Number:

COLUMBIA SC 29201-2008                    Customer Code-4779

| PREVIOUS BALANCE | 261.32 |
|---|---|
| PAYMENTS | -261.32 |
| MONTHLY CHARGES | 74.90 |
| TAXES AND FEES | 5.28 |
| TOTAL DUE ON 05/16/10 | $80.18 |

Thank you for choosing Time Warner Cable and for allowing us to provide you with the best entertainment and communication services.

---

Please detach and enclose this coupon with your payment.

**TIME WARNER CABLE**
THE POWER OF YOU™

3347 Platt Springs Road
West Columbia, SC 29170

7623 1000 N0 RP 23 04232010 YNNNNNNN 0010118 S1 T32
10118 1 AV 0.335



COLUMBIA SC   29201-2008

| Payment Due Date | Total Amount Due |
|---|---|
| 05/16/10 | $80.18 |

| Account Number | Amount Enclosed |
|---|---|
|  |  |

** Please allow 7-10 days for delivery and
   payment processing. See reverse side
   for more convenient payment options.

TIME WARNER CABLE
P.O. BOX 70992
CHARLOTTE, NC 28272-0992

0500500139001474430554000801 8

Amount Due on 05/16/10: $80.18
Account no:
Customer Code: 4779

**Charge Detail for Billing Period 05/04-06/03**

**PREVIOUS BALANCE**
03/23    Previous Balance ................................... 261.32

                                                            **$261.32**

**PAYMENT-THANK YOU**
03/25    Payment Received - Thank You ...................... -181.14
04/02    Payment Received - Thank You ........................ -80.18

                                                            **-$261.32**

**MONTHLY CHARGES**
05/04-06/03    Basic Cable and Road Runner ........................ 74.90

                                                            **$74.90**

**TAXES AND GOVERNMENT AUTHORIZED FEES**
                FCC Regulatory Fee-Cable ............................ 0.07
                Franchise Fee ....................................... 2.26
                Sales Tax ........................................... 2.95

                                                            **$5.28**

**TOTAL DUE ON 05/16/10** ...................................... **$80.18**

---

A Customer Code is a unique identifier that we use to ensure the protection of your personal information. You will have to enter your customer code during the Digital Phone statement registration process, which you will have to complete before you can view your Time Warner Cable Digital Phone call details online.

You have a new Time Warner Cable subscriber agreement, which contains an arbitration clause and other important terms. You can review the new agreement and, if you wish, 'opt out' of the arbitration clause at http://help.twcable.com/html/policies.html

When you mail a check payment, you authorize Time Warner Cable to use information from your check to process a one-time Electronic Funds Transfer or process the payment as a check transaction. If you do not want your mailed check converted to an electronic debit, please call (800) 438-4400.

Customers should file customer service complaints, first with the Cable Service Provider. Unresolved customer service complaints may be filed with the S.C. Department of Consumer Affairs by calling 1-800-922-1594, PO Box 5757, Columbia, S.C. 29250

**CUSTOMER SERVICE/PAYMENT CENTER**
1030 Harden St
Columbia, SC 29205
M, T, TH  8am - 5pm/W,F 9am-6pm
1-866-892-7201

---

# BILL PAYMENT OPTIONS

## Save Time and Paper

**Go green with PayXpress Online Bill Payment**
**www.YourTWC.com/PayXpress**
Have your account number handy. It appears in the Account Number Block on your remittance coupon.

## Pay By Phone
**Make a credit card payment free of charge using our automated payment option:**

     **1-866-892-7201**

---

**CHANGE OF ADDRESS FORM**
Please print only new billing address below. Thank You.

New Address _____

City _____   State _____   Zip _____

Work Phone ( _____ ) _____ Home Phone ( _____ ) _____

**Amount Due on 05/16/10: $80.18**
**Account no:** ▮▮▮▮▮▮▮▮▮▮
Customer Code: 4779

CLOSED CAPTIONING: To report a technical issue, call
(866) 892-7201, fax (803) 251-5276, Send written complaints to Monique Crawford, Administrator, Legal Affairs:
13820 Sunrise Valley Drive
Herndon, VA 20171
(704) 697-4935 (fax) or
twc.closedcaptioningissues@twcable.com
For questions ONLY, call (877) 276-7432.

Disputed Billing: Should there be any portion of your bill in dispute please contact Customer Care. You must pay all undisputed amounts by the payment due date to keep your account current. Equipment: If equipment is not returned at the time of disconnect or is evidenced to have been tampered with, a charge for each piece of equipment will be applied.

Time Warner Cable accounts are due as indicated on your bill. A late fee may be assessed if payment is not received by statement due date. A collection fee may be charged if payment is made to a field representative to avoid disconnection of service. Past due amount, reconnect fee and one month of service will be required to reconnect services.

For information on any upcoming programming changes please consult Legal Notices published in your area's primary newspaper on the 1st and 3rd Monday of each month.