# EXHIBIT D

## TWC WORK ORDER
## FOR RICHARDSON ACCOUNT
## March 7, 2011

| Customer Information |||||||
|---|---|---|---|---|---|---|
| Customer Last Name: | RICHARDSON | Account Number: | 018954902 | Drop Type: | A ||
| Customer First Name: | RIDDICK | ID 1: | XXXXX6641 | Drop Location: | ||
| Address: | 1724 BOYER DR | ID 2: | | Tag ID: | 1891266 ||
| City: | COLUMBIA | Customer Status: | ACTIVE | Map Grid: | * ||
| State: | SC | House Status: | 2 | Building Type: | J-HOUSE ||
| Zip: | 292047735 | Pricing Code: | ??? 005 | Latitude: | 34.018719 ||
| Phone 1: | (843) 908-9871 | Campaign Code: | | Longitude: | -80.9968 ||
| Phone 2: | (843) 908-9871 | Time Zone: | EST | Coding Quality: | 9 ||
| Location Key1 : | - |||||||
| Location Key2 : | - |||||||
| Customer Information 4: | n |||||||
| Customer Information 5: | A |||||||
| Location Information 1: | No Phone |||||||
| Location Information 3: | VA |||||||
| Location Information 4: | 204 |||||||

| Payment Information ||||
|---|---|---|---|
| Monthly Charge: | $129.32 | COD Amount: | -- 0 -- | Total Balance Due: | $129.32 |
| Signature: |  | | MY SIGNATURE ON THIS WORK ORDER AND CONSENT TO SUBSCRIBER AGREEMENT INDICATES THAT I HAVE RECEIVED AND AGREED TO BE BOUND BY TIME WARNER CABLE¿S RESIDENTIAL SERVICES SUBSCRIBER AGREEMENT, PROVIDED TO ME BY TIME WARNER CABLE AT THE TIME OF INSTALLATION AND OTHERWISE AVAILABLE EITHER (I) THROUGH TIME WARNER CABLE¿S WEBSITE (HTTP://HELP.TWCABLE.COM /HTML/POLICIES.HTML) OR (II) UPON REQUEST FROM MY LOCAL TIME WARNER CABLE OFFICE. THE TERMS OF THE TIME WARNER CABLE RESIDENTIAL SERVICES SUBSCRIBER AGREEMENT ARE INCORPORATED BY REFERENCE INTO THIS WORK ORDER AND CONSENT TO SUBSCRIBER AGREEMENT AS IF SET OUT IN FULL HEREIN. I HAVE AFFIRMATIVELY ORDERED THE SERVICES AND EQUIPMENT LISTED ABOVE. I UNDERSTAND AND ACKNOWLEDGE THAT I MAY CANCEL MY SERVICE AND OBTAIN A REFUND OF PREPAID CHARGES AT ANY TIME WITHIN THIRTY (30) DAYS OF THE DATE OF THIS WORK ORDER AND CONSENT TO SUBSCRIBER AGREEMENT. I UNDERSTAND AND ACKNOWLEDGE THAT THE TIME WARNER CABLE RESIDENTIAL SERVICES SUBSCRIBER AGREEMENT PROVIDES THAT THE PARTIES AGREE TO RESOLVE CERTAIN DISPUTES RELATING TO THAT AGREEMENT THROUGH ARBITRATION. I ACKNOWLEDGE THAT I HAVE THE RIGHT TO OPT OUT OF THESE ARBITRATION PROVISIONS FOR 30 DAYS FROM THE DATE THEY FIRST APPLIED TO ME AND THAT, IF I DO NOT DO SO, I AM GIVING UP VARIOUS RIGHTS INCLUDING THE RIGHT TO A TRIAL BY JURY. |
| Date: | 2011-03-07 19:09:56 |||