IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mark T. Cox and Riddick S. Richardson, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 3:12-cv-03333-JFA |
| Time Warner Cable, Inc., | ) ) | |
| Defendant, | ) ) ) | |

| | | |
|---|---|---|
| Fred W. Elmore, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 4:12-cv-03407-JFA |
| Time Warner Cable, Inc., | ) ) | |
| Defendant, | ) ) ) | |

**MOTION FOR LIMITED DISCOVERY AND BRIEFING SCHEDULE RELATED TO DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION**

Plaintiffs Mark Cox, Riddick S. Richardson and Fred W. Elmore ("Plaintiffs") respectfully request that the Court grant a ninety (90) day period of discovery limited to factual issues concerning or related to Defendant's Motion to Dismiss and Compel Arbitration, as well as a briefing schedule for the motion. Specifically, the parties would request leave to conduct discovery until Monday, June 17, 2013, including written discovery and depositions, and would request that Plaintiffs be permitted to file their joint response to the motion fourteen (14) days later, on or before Monday, July 1, 2013. Time Warner Cable, Inc. ("Defendant") would then

have thirty (30) days to file any reply brief in response, on or before Tuesday, July 30th, 2013. The current deadline for Plaintiffs' response is March 29, 2013 and Defendant's reply is April 18, 2013.  Counsel for Plaintiffs have consulted with counsel for Defendant and, based on the representations of counsel, Defendant does not object to the relief sought by this motion.

WHEREFORE, the Plaintiffs respectfully requests that this Court allow discovery on the limited issues raised in Defendant's Motion to Dismiss and Compel Arbitration and to extend the time for the parties to submit further briefing related to the motion as set forth above.

Respectfully submitted, this 15th day of March, 2013.

s/ William E. Hopkins, Jr.
William E. Hopkins, Jr.  (Fed. ID 6075)
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 - Telephone
(334) 954-7555 - Facsimile
Bill.Hopkins@beaselyallen.com

Kathy P. Elmore
**ORR, ELMORE & ERVIN, LLC**
Post Office Box 2527
504 South Coit Street
Florence, South Carolina 29503-2527
(843) 667-6613 - Telephone
(843) 667-6340 - Facsimile
kpe@orrfirm.com

*Counsel for Plaintiff Fred Elmore*

s/Francis M. Hinson, IV
Francis M. Hinson, IV (Fed. ID #9997)
Kenneth M. Suggs (Fed. ID #3422)
Gerald D. Jowers, Jr. (Fed. ID #8025)
**JANET, JENNER & SUGGS, LLC**
500 Taylor Street, Suite 301
Columbia, South Carolina 29201
(803) 726-0050 – Telephone
(8030 727-1059 – Facsimile
bhinson@myadvocates.com
ksuggs@myadvocates.com
gjowers@myadvocates.com

*Counsel for Plaintiff Mark Cox*

### CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means and served all non-registered parties to this action by placing same in the United States Mail, postage prepaid and properly addressed.

Frank R. Ellerbe, III
Bonnie D. Shealy
ROBINSON, MCFADDEN & MOORE, P.C.
1901 Main Street, Suite 1200
Post Office Box 944
Columbia, SC 29202

Jonathan D. Thier
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005

Attorneys for Time Warner Cable, Inc.

s/ William E. Hopkins, Jr.
William E. Hopkins, Jr