IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mark T. Cox & Riddick S. Richardson, | ) | Civil Action No. 4:12-cv-03333-JFA |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| Time Warner Cable Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| Fred W. Elmore, | ) | Civil Action No. 4:13-cv-03407-JFA |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Time Warner Cable Inc., | ) | **MOTION FOR ENTRY OF** |
| | ) | **CONFIDENTIALITY ORDER** |
| Defendant. | ) | |

The attached proposed Confidentiality Order is requested by consent of all parties.

The attached proposed Confidentiality Order is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

The form agreement has been modified (i) to remove the Reading Room provision, and (ii) to delete the requirement of documenting disclosure to employees of counsel's law firm whose assistance is reasonably necessary to the conduct of this litigation.

| **WE SO MOVE** | **WE CONSENT** |
|---|---|
| s/Frank R. Ellerbe, III | s/Francis M. Hinson, IV |
| Frank R. Ellerbe, III [699] | Francis M. Hinson, IV [9997] |
| Bonnie D. Shealy [6744] | Kenneth M. Suggs [3422] |
| ROBINSON, MCFADDEN & MOORE, P.C. | Gerald D. Jowers, Jr. [8025] |
| Post Office Box 944 | JANET, JENNER & SUGGS, LLC |
| Columbia, SC 29202 | 500 Taylor Street, Suite 301 |
| Telephone: (803) 779-8900 | Columbia, SC 29201 |
| Fax: (803) 252-0724 | Telephone: (803) 726-0050 |
| fellerbe@robinsonlaw.com | Fax: (803) 727-1059 |
| bshealy@robinsonlaw.com | bhinson@myadvocates.com |
| | ksuggs@myadvocates.com |
| | gjowers@myadvocates.com |
| | |
| | Counsel for Plaintiff Mark Cox |

And

Jonathan D. Their
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
(212) 701-3000 (telephone)
(212) 269-5420 (facsimile)

Counsel for Time Warner Cable, Inc.

May 24, 2013

s/William E. Hopkins, Jr.
William E. Hopkins, Jr. [6075]
12019 Ocean Highway
Post Office Box 1885
Pawleys Island, SC  29585
Telephone: (843) 314-4202

Kathy P. Elmore
ORR, ELMORE & ERVIN, LLC
Post Office Box 2527
504 South Coit Street
Florence, SC  29503-2527
Telephone:  (843) 667-6613
Fax:  (843) 667-63440
kpe@orrfirm.com

Counsel for Plaintiff Fred Elmore

May 24, 2013