IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mark T. Cox and Riddick S. Richardson, | ) Civil Action No. 3:12-CV-3333-JFA |
| Plaintiffs, | ) |
| vs. | ) |
| Time Warner Cable, Inc., | ) |
| Defendants. | ) |

## NOTICE OF FUTURE REQUEST FOR
## ISSUANCE OF SUBPOENA DUCES TECUM

TO:     ALL COUNSEL OF RECORD

Notice is hereby given that **after 10 days from the date of service of this notice,** the undersigned attorneys on behalf of the Plaintiffs, will issue a Subpoena Duces Tecum to be served upon the following:

**American Arbitration Association, 1633 Broadway, New York, NY 10019.**

Said Subpoena Duces Tecum requires the above to produce the following, by mailing true and correct copies, to Francis M. Hinson, IV, Esquire, Janet, Jenner & Suggs, LLC, 500 Taylor Street, Suite 301, Columbia, SC 29201, within ten (10) days from the service of the Subpoena:

Provide all documents in your possession evidencing all arbitrations, which took place at any point from January 1, 2008 to present, between Time Warner Cable (including its subdivisions and subsidiaries) and any of its subscribers/customers. Include any and all documents describing the subject/nature of the dispute and the outcome/resolution of the arbitration. This includes documents in electronic format.

A copy of the above-referenced Subpoena Duces Tecum is attached as Exhibit A.

This 3rd day of June, 2013.

    Respectfully submitted,

    s/Francis M. Hinson, IV
    Francis M. Hinson, IV (Fed. ID #9997)
    bhinson@myadvocates.com
    Kenneth M. Suggs (Fed. ID #3422)
    ksuggs@myadvocates.com
    Gerald D. Jowers, Jr. (Fed. ID #8025)
    gjowers@myadvocates.com
    JANET, JENNER & SUGGS, LLC
    500 Taylor Street, Suite 301
    Columbia, South Carolina 29201
    Tel:   803-726-0050
    Fax:  803-727-1059

**ATTORNEYS FOR THE PLAINTIFFS AND THE PLAINTIFF CLASS**

# **CERTIFICATE OF SERVICE**

I, Francis M. Hinson, IV, attorney for the Plaintiffs, have on this 3rd day of June, 2013, filed with the Clerk of Court using the CM/ECF system, and causing the above and foregoing Notice of Future Request for Issuance of Subpoena Duces Tecum to be served upon the following:

Frank R. Ellerbe, III
Bonnie D. Shealy
Robinson, McFadden & Moore, P.C.
P O Box 944
Columbia, SC 29202
fellerbe@robinsonlaw.com
bshealy@robinsonlaw.com

Jonathan D. Their
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
jtheir@cahill.com

                                            s/Francis M. Hinson, IV
                                            Francis M. Hinson, IV