IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARK T. COX AND RIDDICK S. RICHARDSON,<br><br>*Plaintiffs*,<br><br>- against -<br><br>TIME WARNER CABLE INC.,<br><br>*Defendant*. | Civil Action No.: 3:12-cv-03333-JFA |
| FRED W. ELMORE,<br><br>*Plaintiff*,<br><br>- against -<br><br>TIME WARNER CABLE INC.,<br><br>*Defendant*. | Civil Action No.: 4:12-cv-03407-JFA |

**MOTION TO RESCHEDULE HEARING**

Defendant Time Warner Cable, Inc. ("TWC") respectfully requests that the hearing on its motion to dismiss and to compel arbitration, scheduled for August 21, 2013, be rescheduled. No other motions are scheduled to be heard.

TWC filed its motion to dismiss and to compel arbitration on February 19, 2013 (ECF Docket Entry #19). Lead counsel for TWC, Jonathan Thier, admitted *pro hac vice* February 20, 2013 (ECF Docket Entry # 21), has a long planned vacation and will be taking a child to school at the end of August.

Counsel for TWC has consulted with opposing counsel who have indicated they do not oppose this motion. TWC respectfully requests that the hearing be rescheduled after September 2, 2013.

        s/Frank R. Ellerbe, III
        Frank R. Ellerbe, III (Fed ID #699)
        Bonnie D. Shealy (Fed ID #6744)
        ROBINSON, MCFADDEN & MOORE, P.C.
        Post Office Box 944
        Columbia, SC  29202
        (803) 779-8900
        (803) 252-0724 (facsimile)
        Email:  fellerbe@robinsonlaw.com

        Jonathan D. Thier (admitted pro hac vice)
        Philip V. Tisne (admitted pro hac vice)
        CAHILL GORDON & REINDEL LLP
        80 Pine Street
        New York, NY  10005

August 9, 2013        Attorneys for Time Warner Cable Inc.